PROB 22
(Rev. 2/88)

DOCKET NUMBER *(Tran. Court)*

2:05CR00031

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Demarius Quinez Briskey | Nevada | U.S. Probation Office |

NAME OF SENTENCING JUDGE

James C. Mahan

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 11/18/2016 | 11/17/2019 |

OFFENSE

18 U.S.C. §922(g)(1) & §924(a)(2) Felon in Possession of a Firearm

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF   Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for   Arizona   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 15, 2016
*Date*

*/s/ James C. Mahan*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF   Arizona

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                    *United States District Judge*

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Demarius Quinez Briskey

Case No.:  2:05CR00031

Request for Transfer of Jurisdiction

December 13, 2016

TO:    The Honorable James C. Mahan, United States District Judge

On June 30, 2006, Your Honor sentenced Mr. Demarius Briskey to 25 months imprisonment, followed by 36 months of supervised release for committing the offense of Felon in Possession of a Firearm.  Mr. Briskey commenced supervision in the District of Arizona on November 18, 2016.

Mr. Briskey intends to remain in Arizona, and the District of Arizona has respectfully requested transfer of jurisdiction for the remainder of his term of supervision.  Should the Court agree with this request, the Probation 22 form is attached for Your Honor's signature.

Should you have any questions, please contact the undersigned officer at (702) 527-7306.

Respectfully submitted,

Tawni Lea Salem
2016.12.13 16:15:03
-08'00'

Tawni Salem
United States Probation Officer

Approved:

Robert G. Aquino
2016.12.14 08:04:51
-08'00'

Robert Aquino
Supervising United States Probation Officer